## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG**<br>**1657 The Fairway #131 Jenkintown, PA 19046** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action** |
| **vs.** | ) | **No. 18-5027** |
| | ) | |
| **OX CAR CARE, INC** | ) | |
| **Et. Al.** | ) | |
| **Defendants.** | ) | **Jury Trial Demanded** |
| | ) | |

FILED

DEC 11 2018

K_____, Clerk
By_____ Dep. Clerk

### PROPOSED ORDER:

The Court has considered the parties' stipulation for extension of time. Finding that good cause

exists, the stipulation is GRANTED. It is hereby ordered that Defendants shall have up to and

including January 7, 2019 to respond to the case.

Dated: ___DEC. 11, 2018___

**BY THE COURT:**

_____
Hon. Nitza I Quinones Alejandro, J.

12/11/18mail:
Penrong Ox Carcare
Mandresco Hunt

ENT'D DEC 11 2018

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREW R. PERRONG**<br>**1657 The Fairway #131 Jenkintown, PA 19046**<br><br>          **Plaintiff,**<br>               **vs.**<br><br>**OX CAR CARE, INC**<br>**Et. Al.**<br>          **Defendants.** | )<br>)<br>)<br>)<br>)   **Civil Action**<br>)      **No. 18-5027**<br>)<br>)<br>)<br>)<br>)   **Jury Trial Demanded**<br>) |

DEC · 0 2018

Michael E. Kunz, Clerk
By_____ Dep. Clerk

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and all named

Defendants that they be granted until **JANUARY 7, 2019** to file a responsive pleading to the

Plaintiff's complaint. Counsel for the Defendants has consulted with the Plaintiff who has

consented to the relief requested. The relief requested herein is for good cause and will not result

in undue delay in the administration of this case, especially given the intervening holiday season.

No other enlargements of time have been previously requested in this case. No dates have been

set for a pre-trial conference or trial. WHEREFORE, the parties stipulate that the Court extend

the time for responding to Plaintiffs' Complaint to January 7, 2019.

Dated: **December 6, 2018**

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1