UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANDREW R. PERRONG )
1657 The Fairway #131 Jenkintown, PA 19046 )
)
)
Plaintiff, ) Civil Action
vs. ) No. 18-5027
)
OX CAR CARE, INC )
Et. Al. )
Defendants. ) Jury Trial Demanded
)

FILED
DEC 17 2018
KATE BARKMAN, Clerk
By_____ Dep Clerk

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all the parties have agreed on the general terms of a settlement and intend to dismiss this matter once the settlement is finalized, at which time, parties will file an appropriate stipulation of dismissal. Parties request that the court grant any temporary stays it deems necessary to effectuate finalization of settlement.

Dated: **December 17, 2018**

/s/
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1